IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JESSE CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  2:10cv466-WHA |
| | ) | |
| CITY OF MONTGOMERY, | ) | (wo) |
| | ) | |
| Defendant. | ) | |

FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Final Judgment is entered in favor of the City of Montgomery and against Jesse Clark on his federal claims in Count II of the Amended Complaint.

The court declines to exercise supplemental jurisdiction, pursuant to 28 U.S.C. § 1367(c), over the state law claims in Count I of the Amended Complaint, and those claims are remanded to the Circuit Court of Montgomery, Alabama.

The Clerk is DIRECTED to take the necessary steps to effect the remand.

Costs are taxed against the Plaintiff.

Done this 2nd day of March, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE